WARREN H. NELSON, JR., # 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Blvd., # 273
San Diego, CA 92115
Telephone:  619 269 4212
Facsimile:  619 501 7948
Email:  nelson@rolando.sdcoxmail.com

Attorney for Defendant
Standard Insurance Company, erroneously
sued as Standard Life Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GARCIA,<br><br>             Plaintiff,<br><br>    vs.<br><br><br>STANDARD LIFE INSURANCE<br>COMPANY, et al.<br><br><br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 2:13-cv-02164-WBS-CKD

STIPULATION AND [~~PROPOSED~~] ORDER TO CORRECT CASE NAME/DEFENDANT'S NAME

No hearing set or required.

Before the Honorable William B. Shubb, Judge

    Plaintiff Kathleen Garcia and Defendant Standard Insurance Company ("Standard"), erroneously sued as Standard Life Insurance Company, stipulate that the proper defendant in this case is "Standard Insurance Company."  Pursuant to this stipulation, Plaintiff Kathleen Garcia and Standard respectfully ask the Court to ORDER that the correct name of this case is and should be corrected to read, "*Kathleen Garcia, Plaintiff, v.  Standard Insurance Company, and DOES 1 to 100*, *Defendants*, on all the Court's official records and, if different, the PACER Record

--

--

for this case, and, further, that Court personnel are authorized and directed to make this change.

**IT IS SO STIPULATED**.

Dated:  October 31, 2014

/s/ Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY,
erroneously sued as Standard Life Insurance
Company

**IT IS SO STIPULATED**.

Dated: October 31, 2014

/s/ David Allen
David Allen

DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819

Attorneys for Plaintiff
KATHLEEN GARCIA

**IT IS SO ORDERED**.

Dated:  November 3, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DOCKET No. 2:13-cv-02164-WBS-CKD

<u>Kathleen Garcia v. Standard Insurance Company, et al.</u>

PROOF OF SERVICE BY MAIL

I, Warren H. Nelson, Jr., the undersigned, hereby certify and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action.  My business address is Warren H. Nelson, Jr., A Professional Corporation, 6161 El Cajon Blvd., # 273, San Diego, CA 92115, telephone (619) 269-4212, facsimile (619) 501-7948.  On the 2nd day of November 2014, I served a true copy of the foregoing document titled exactly:

STIPULATION AND [PROPOSED] ORDER TO CORRECT CASE NAME/DEFENDANT'S NAME

By placing it in an addressed sealed envelope with correct postage affixed thereto and personally depositing it in the United States mail.  I addressed the mailing envelope to the following:

David Allen, Esq.
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of November 2014 at San Diego, California.

<u>/s/ Warren H. Nelson, Jr.</u>
Warren H. Nelson, Jr.