WARREN H. NELSON, JR., # 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Blvd., # 273
San Diego, CA 92115
Telephone:  619 269 4212
Facsimile:   619 501 7948
Email:  nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY
And Non-Party Witness
CHARLES XELLER MD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD INSURANCE COMPANY, et al.<br><br>　　　　Defendants. | Case No.: 2:13-cv-02164-WBS-CKD<br><br>STIPULATION AND ORDER TO RESOLVE DISPUTE OVER APPEARANCE AT DEPOSITION OF CHARLES XELLER MD<br><br>No hearing set or required.<br><br>Before the Honorable Carolyn K. Delaney, Magistrate Judge |

　　　Plaintiff Kathleen Garcia and Defendant Standard Insurance Company ("Standard") have resolved a discovery dispute over the date and time of appearance at deposition of non-party witness, Charles Xeller MD.  To ensure that there will be no further issues with regard to the date and time of Dr. Xeller's appearance and to eliminate and obviate the need for further service of any subpoena or deposition notice of any kind, the parties and Dr. Xeller, by and through his undersigned counsel, stipulate and respectfully request that the Court enter an order requiring Dr. Xeller to appear on January 5, 2015, for a deposition to commence at 2:30 PM on January 5, 2015, and to be held at 425 University

Avenue, Suite 140, Sacramento, CA 95825, which Plaintiff may videotape as well as stenographically record.  The Court retains jurisdiction to make such amendments, modifications, and additions to this Order as it may deem appropriate.

**IT IS SO STIPULATED**.

Dated:  December 3, 2014

    s/ Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY
And Non-Party Witness
CHARLES XELLER MD

**IT IS SO STIPULATED**.

Dated: December 3, 2014

/s/ David Allen
  David Allen

DAVID ALLEN #87193
DANIEL LEE RAINSBURY #210193
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819

Attorneys for Plaintiff
KATHLEEN GARCIA

**IT IS SO ORDERED**.

**Dated:  December 8, 2014**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE