WARREN H. NELSON, JR., # 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Blvd., # 273
San Diego, CA 92115
Telephone:   619 269 4212
Facsimile:   619 501 7948
Email:   nelson@rolando.sdcoxmail.com

Attorney for Defendant
Standard Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GARCIA,<br><br>             Plaintiff,<br><br>     vs.<br><br>STANDARD INSURANCE<br>COMPANY, et al.<br><br>             Defendants. | Case No.: 2:13-cv-02164-WBS-CKD<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO ALLOW MANUAL<br>SUBMISSION OF MATTER ON DVD<br><br>No hearing set or required.<br><br>Before the Honorable William B.<br>Shubb, Judge |

    Plaintiff Kathleen Garcia and Defendant Standard Insurance Company ("Standard") stipulate that Standard may manually submit to the Court:

    1. On a single DVD, the videotape of the Deposition of Kathleen Garcia taken on September 29, 2014, as prepared by Barkley Reporters.

    2. On a single DVD, surveillance videotape of Kathleen Garcia taken on December 23, 26, 2014, and January 9, 2015.  Garcia stipulates to this based on the representations of Standard's counsel that the DVD is an exact, true and correct copy of the video surveillance produced by Standard's counsel on a thumb drive to Garcia's counsel on or about January 13, 2015.

3. By stipulating to manual submission of the foregoing two DVDs, Garcia does not admit that the materials are authentic, admissible for any purpose or waive any objection to the Court's consideration of these materials for any purpose asserted by Standard or otherwise.  Garcia does nothing more than agree that the two DVDs may be submitted manually.

**IT IS SO STIPULATED**.

Dated:  February 19, 2015

/s/ Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY

**IT IS SO STIPULATED**.

Dated: February 19, 2015

/s/ Dan Rainsbury
Dan Rainsbury

DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819

Attorneys for Plaintiff
KATHLEEN GARCIA

**IT IS SO ORDERED**.

Dated:  February 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE