WARREN H. NELSON, JR., # 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Blvd., # 273
San Diego, CA 92115
Telephone:  619 269 4212
Facsimile:   619 501 7948
Email:  nelson@rolando.sdcoxmail.com

Attorney for Defendant
Standard Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KATHLEEN GARCIA, | ) Case No.: 2:13-cv-02164-WBS-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE ON STANDARD INSURANCE COMPANY'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT |
| vs. | ) |
| STANDARD INSURANCE COMPANY, et al. | ) No hearing set or required. |
| Defendants. | ) Before the Honorable William B. Shubb, Judge |

Plaintiff Kathleen Garcia and Defendant Standard Insurance Company ("Standard") conferred upon the date to be selected for the hearing on Standard's Motion for Partial Summary Judgment, filed February 22, 2015 (the "Motion" (PACER Docs 22-23)).  Prior to filing the Motion, the last date available for the hearing, as communicated by the Courtroom Deputy, was April 20, 2015. *Subject to the Court's approval*, Standard and Garcia stipulated and agreed as follows in connection with selecting April 20, 2015, as the hearing date on the Motion, so that (i) Standard and Garcia would have additional time to brief (beyond the dates specified in Local Rule 230(b)-(c)), and, (ii) the Court would have additional time

to consider the Motion prior to the April 20 hearing:

1. The Response of Garcia to the Motion will be due on or before March 25, 2015.

2. The Reply of Standard on the Motion will be due on or before April 9, 2015.  (Standard had originally agreed to file the Reply on or before April 10 but has adjusted its own due date, which in no way impacts the obligations of Garcia, back one day to April 9, to give the Court an extra day to consider the Motion following completion of all filing.)

3. Aside from adjusting the due dates of the Response and Reply briefing (and the due dates of the filing of all papers related to the same) of the Motion, no other deadline is hereby changed.

4. Standard and Garcia respectfully point out that the foregoing schedule will also provide additional time to the Court to consider the Motion.

**IT IS SO STIPULATED**.

Dated:  March 9, 2015

/s/ Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY

**IT IS SO STIPULATED**.

Dated: March 9, 2015

/s/ Dan Rainsbury
Dan Rainsbury

DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819

Attorneys for Plaintiff
KATHLEEN GARCIA

**IT IS SO ORDERED**.

Dated:  March 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DOCKET No. 2:13-cv-02164-WBS-CKD

<u>Kathleen Garcia v. Standard Insurance Company, et al.</u>

PROOF OF ELECTRONIC SERVICE VIA CM/ECF

    I, Warren H. Nelson, Jr., the undersigned, hereby certify and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action.  My business address is Warren H. Nelson, Jr., A Professional Corporation, 6161 El Cajon Blvd., # 273, San Diego, CA 92115, telephone (619) 269-4212, facsimile (619) 501-7948.  On the 11th day of March 2015, I electronically filed in the above action the following document titled exactly:

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON STANDARD INSURANCE COMPANY'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT

I have consulted the PACER record for this case.  Lead counsel, counsel to be noticed, is there currently specified as Dan Rainsbury, Esq. The foregoing document will therefore automatically be electronically served on Mr. Rainsbury upon submission to the Court on its CM/ECF System.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of March 2015 at San Diego, California.

                                                                                                        /s/ Warren H. Nelson, Jr.
                                                                                                        Warren H. Nelson, Jr.