WARREN H. NELSON, JR., # 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Blvd., # 273
San Diego, CA 92115
Telephone:  619 269 4212
Facsimile:  619 501 7948
Email:  nelson@rolando.sdcoxmail.com

Attorney for Defendant
Standard Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GARCIA, | ) Case No.: 2:13-cv-02164-WBS-CKD |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| vs. | ) No hearing set or required. |
| STANDARD INSURANCE COMPANY, et al. | ) Before the Honorable William B. Shubb |
| Defendants. | ) |

Plaintiff Kathleen Garcia and Defendant Standard Insurance Company ("Standard") (collectively, the "Parties") stipulate and agree as follows:

1.  The Parties have settled this matter on terms that are confidential.

2.  The Parties therefore jointly stipulate and respectfully request that the

--
--
--
--
--
--

Court dismiss this action with prejudice, each party to bear her or its own respective attorney fees, costs and expenses.

**IT IS SO STIPULATED**.

Dated: July 9, 2015

/s/ Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY

**IT IS SO STIPULATED**.

Dated: July 9, 2015

/s/ Dan Rainsbury
Dan Rainsbury

DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819

Attorneys for Plaintiff
KATHLEEN GARCIA

**IT IS SO ORDERED**.

Dated:  July 28, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE